**Opinion filed July 30, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00068-CR

_____

## MAKAYLA ARCHELE TRYON, Appellant

### V.

## STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR34713**

## M E M O R A N D U M   O P I N I O N

Makayla Archele Tryon entered a plea of guilty to the offense of possession of cocaine. Pursuant to the plea bargain agreement, the trial court convicted her of the offense, assessed her punishment at confinement for ten years and a $1,000 fine, and suspended the imposition of the sentence placing her on community supervision for five years. We dismiss the appeal.

At trial, appellant was represented by retained counsel. Under the advice of counsel, she entered into a plea bargain agreement waiving her right to appeal. She later hired subsequent counsel

to represent her on a motion for new trial and on appeal. Appellate counsel filed in this court a motion to withdraw on the grounds that he had had no contact with appellant.

Pursuant to our order dated June 18, 2009, the trial court conducted a hearing and entered the following findings:

1. appellant has abandoned her appeal;

2. appellant has failed to keep in touch with her retained counsel;

3. appellant is not indigent; and

4. appellant has waived her right to appeal.

Appellant has failed to file either the clerk's record or the reporter's record on the merits. This failure appears to be due to appellant's actions. Appellant has waived her right to appeal, and the trial court has found that she has abandoned her appeal.

The motion to withdraw is granted, and the appeal is dismissed.

PER CURIAM

July 30, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.